UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ALLEN ECKARD,

        Plaintiff,

v.

ALTA LANGDON, et al.,

        Defendant.

Case No. C19-1139-RSL-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Brian A. Tsuchida, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

1. The Report and Recommendation is **ADOPTED**;
2. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**;
3. The IFP application (Dkt. 1) is stricken as moot;
4. The Clerk shall send a copy of this Order to plaintiff.

DATED this 20th day of September, 2019.

                                      Robert S. Lasnik
                                      United States District Judge